IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| JUDITH THOMAS<br><br>    Plaintiff,<br><br>v.<br><br>SUNSHINE FINANCIAL GROUP, LLC,<br>ET AL.<br><br>    Defendants. | Case No. 1:11-cv-01367-PWG |

### NOTICE OF DISMISSAL

Pursuant to FED. R. CIV. P. 41(a)(1), counsel for Plaintiff hereby states:

1. Plaintiff Judith Thomas filed this action individually and on behalf of all others similarly situated against Defendants Sunshine Financial Group, LLC and Law Office of J. Scott Morse, LLC d/b/a The Debt Recovery Law Center.

2. Plaintiff Thomas filed a Second Amended Complaint against the same Defendants that removed all class action allegations. ECF #28.

3. The above-captioned action has been settled between all parties.

4. The parties are to bear their own costs unless otherwise agreed.

5. This action should be dismissed with prejudice.

6. The case can be reopened at anytime, however, if either Defendant violates the Consent Order filed in this action. ECF #34.

Respectfully submitted,

Z LAW, LLC

Dated: April 4, 2012

By:_____/s/_____28191_____
Cory L. Zajdel, Esq. (Fed. Bar No. 28191)
10811 Red Run Blvd., Suite 204
Owings Mills, Maryland 21117

Approved.
[signature] USMJ
4/10/12

(443) 213-1977 – telephone
clz@zlawmaryland.com

**Attorney for Plaintiff**